**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TERESA MOORE ON BEHALF OF**
**KIMBERLY MOORE,**

**PLAINTIFF,**

**-VS-**                                              **CASE NO.  6:06-CV-115-ORL-28KRS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

**DEFENDANT.**

---

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration *sua sponte*.  The Scheduling Order in this case required

that Plaintiff Teresa Moore file a memorandum of law in support of her position on or before July 24,

2006.  Doc. No. 12.  Because Moore did not file a memorandum or seek additional time to do so, on

September 1, 2006, I entered an Order to Show Cause why the case should not be dismissed for failure

to prosecute.  Doc. No. 13.  The Order to Show Cause gave Moore until September 15, 2006 to file

and serve either her memorandum or a response to the order.

Moore has not filed her memorandum or otherwise responded to the Order to Show Cause. Accordingly, I respectfully recommend that the case be dismissed without prejudice for failure to prosecute.  Local Rule 3.10(a).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on September 19, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy