# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**Teresa Moore on behalf of Kimberly Moore,**

          **Plaintiff,**

-vs-                                             **Case No. 6:06-cv-115-Orl-28KRS**

**Commissioner of Social Security,**

          **Defendant.**

_____

## ORDER

This case is before the Court on a review of the Scheduling Order filed in this case which required Plaintiff Moore to file a memorandum of law in support of her position on or before July 24, 2006. (Doc. 12). Plaintiff did not do so. An Order To Show Cause was then entered on September 1, 2006 ordering the Plaintiff to file her memorandum of law by September 15, 2006 or file a response as to why this matter should not be dismissed for failure to prosecute. Plaintiff did not do either. The United States Magistrate Judge has submitted a report recommending that this case be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed September 19, 2006 (Doc. No. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   This case is **DISMISSED** without prejudice for failure to prosecute.

3.   All pending motions are **DENIED** as moot and the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _11_ day of October, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party